Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Caitlin Baunsgard — Stephanie Van Marter presenting    KG
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 16 2022

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

GAGE LYLE FORSBERG,
BRADY DAVID TOWNER,
JONAH GREGORY CHAPIN, and
EVAMARIE MICHELLE MILLER,

Defendants.

2:22-CR-162-TOR

INDICTMENT

Vio.: 21 U.S.C. § 841(a)(1),
(b)(1)(B)(vi), 18 U.S.C. § 2
Distribution of 40 Grams or
More of Fentanyl
(Count 1)

21 U.S.C. §§ 841(a)(1),
(b)(1)(B)(vi), 846
Conspiracy to Distribute 40
Grams or More of Fentanyl
(Count 2)

21 U.S.C. § 853
Forfeiture Allegations

The Grand Jury charges:

COUNT 1

On or about October 26, 2022, in the Eastern District of Washington, the Defendants, GAGE LYLE FORSBERG, BRADY DAVID TOWNER, and JONAH GREGORY CHAPIN, knowingly and intentionally distributed 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-

INDICTMENT - 1

phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi) and 18 U.S.C. § 2.

## COUNT 2

Beginning on a date unknown, but by on or about October 26, 2022 and continuing to on or about November 15, 2022, in the Eastern District of Washington, the Defendants, GAGE LYLE FORSBERG, BRADY DAVID TOWNER, JONAH GREGORY CHAPIN and EVAMARIE MICHELLE MILLER, and other individuals, both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together with each other to commit the following offense: distribution of 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi), 846.

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841 and/or 21 U.S.C. § 846, as set forth in this Indictment, the Defendants, GAGE LYLE FORSBERG, BRADY DAVID TOWNER, JONAH GREGORY CHAPIN and EVAMARIE MICHELLE MILLER, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds

INDICTMENT - 2

obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

If any forfeitable property, as a result of any act or omission of the Defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 16th day of November 2022.

A TRUE BILL

_Vanessa Waldref_ (signature)
Vanessa R. Waldref
United States Attorney

_Caitlin Baunsgard_ (signature)
Caitlin Baunsgard
Assistant United States Attorney

INDICTMENT - 3